IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Morris, Jared M | Case Number: 07 B 20839 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 11/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  April 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 815.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 762.02 |
| Trustee Fee: | | 52.98 |
| Other Funds: | | 0.00 |
| Totals: | 815.00 | 815.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 762.02 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 4,297.69 | 0.00 |
| 4. | Evergreen Emergency Service | Unsecured | 101.90 | 0.00 |
| 5. | Creditors Discount & Audit Co | Unsecured | 656.74 | 0.00 |
| 6. | EBI Medical Systems Inc | Unsecured | 112.40 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 1,533.97 | 0.00 |
| 8. | Chicago Fireman's Association CU | Unsecured | 937.95 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 102.39 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 62.02 | 0.00 |
| 11. | Chicago Firefighters CU | Secured | | No Claim Filed |
| 12. | Chicago Firefighters CU | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 15. | Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 16. | Collection System | Unsecured | | No Claim Filed |
| 17. | Health South | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 22. | Southwest Respiratory Cons. | Unsecured | | No Claim Filed |
| 23. | Trustmark Recovery Services | Unsecured | | No Claim Filed |
| 24. | Southwest Infectious Diseases | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Morris, Jared M

Printed: 5/20/08

Case Number:  07 B 20839
Judge:  Squires, John H
Filed:  11/7/07

```
                                        _____        _____
                                        $ 11,269.06         $ 762.02
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 52.98 |

```
                                                          _____
                                                            $ 52.98
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____